briefs by April fifteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PHILINDA E. SAFFOLD, Respondent, v. ROSE E. FELLOWS, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by April twentieth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

PHILINDA E. SAFFOLD, Respondent, v. ROSE E. FELLOWS, as Executrix, etc., of PERRY E. FELLOWS, Deceased, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by April twentieth. In view of the conversation preceding the sending of the notice of appeal and undertaking by registered mail, we think that the registering of the letter even with a request for a return receipt cannot fairly be said to have prevented its receipt by the respondent's attorney. The letter arrived at the attorney's office and compliance with the postal regulation by signing the receipts would in no way have damaged respondent. We are unwilling to put the stamp of our approval upon the act of the attorney after being advised of the proposed service by mail, refusing his signature to the receipts and at the same time claiming non-service. Registration is intended to insure delivery. It would be unduly technical at this date to hold a service invalid when made through the post office by the means especially designed to insure delivery and when the instrument actually reached its destination, although receipts had to be signed, when a mere posting of the notice, inclosed in a sealed wrapper, properly addressed, and with postage prepaid, but sent by ordinary mail, would be sufficient, even though the notice were in fact lost before delivery   Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of PHILINDA E. SAFFOLD for Leave to Issue Execution on a Judgment Recovered by Her in Supreme Court, Erie County, against ROSE E. FELLOWS, as Executrix, etc., of PERRY E. FELLOWS, Deceased.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by April twentieth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

EDWARD STIEGELMEYER, Respondent, v. HENRY DEICHMILLER and Another, Appellants.— Appeal dismissed unless appellants shall submit the appeal before April second and pay to respondent's attorneys ten dollars; respondents to file briefs by April sixth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

J WESLEY OGLEY and Another, Respondents, v. SAMUEL FURNEY, Appellant.— Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs by May second. Present — Hubbs, P J., Clark, Sears, Taylor and Sawyer JJ.

LILLIAN WEGMAN ADAMS, as Executrix, etc., of JULIA WEGMAN PAGE, Deceased, Respondent, v. PAUL R. CLARK and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve printed papers by April twentieth and furnish respondent with typewritten copy of brief before May first. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LYDIA ERHARDT, Appellant, v. THE PEOPLES BANK OF BUFFALO, Respondent.— Appeal dismissed unless appellant shall file and serve printed briefs by May first. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

HERBERT A. ERHARDT, Appellant, v. THE PEOPLES BANK OF BUFFALO, Respondent.— Appeal dismissed unless appellant shall file and serve printed briefs by May first. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.